**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 87, Petitioner**

v.

**PENNSYLVANIA LABOR RELATIONS BOARD,**
**Respondent**

**Luzerne County, Intervenor.**

Supreme Court of Pennsylvania.

March 5, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is

**GRANTED.** The issue, as stated by Petitioner, is:

Whether the Commonwealth Court erred in affirming the [Pennsylvania Labor Relations Board's] Final Order, where that ruling is unsupported by the Board's factual findings, and incorrect as a matter of law?